IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| vs. | : Criminal No. 00-108 |
| | : |
| RAPHAEL YWAIN CAUTHEN, | : |
| | : |
| Defendant. | : |

**MOTION TO TERMINATE
SUPERVISED RELEASE**

      AND NOW, comes the Defendant, by his attorney, Paul D. Boas, Esquire, and respectfully represents as follows:

      1.  The defendant was indicted in 1999 for a drug offense and on March 22, 2000, began a five year prison sentence.

      2.  The defendant was released in October of 2003, and upon his release, began a five year period of supervised release.

      3.  The defendant has been on supervised release for approximately 40 months, or 2/3s of the five year period without any problems at all.

      4.  During this period the defendant:

    a)  has paid all court costs;

    b)  has had all clean urines;

    c)  has reported every two months as ordered and has never missed a reporting period;

      d) has been continuously employed, working full time as a construction worker for Elite Construction.

      e) has been and continues to be a Little League girls basketball coach in West Mifflin, where his own daughter plays basketball.

      5. The United States Attorney on this case, Troy Rivetti, takes no position on this request.

      6. The defendant's probation officer, John Kuklar, takes no position on this request.

      7. The apparent total compliance and cooperation with the probation office and defendant's supervised release during the last 3 ½ years, along with the other indications of rehabilitation noted above, suggest that the interests of justice would be adequately served by the relief requested herein.

      Respectfully submitted,

By: s/ Paul D. Boas
    PAUL D. BOAS, ESQUIRE
    Attorney for Raphael Ywain Cauthen

    Pa. I.D. No. 16305
    5th Fl., Law & Finance Building
    429 Fourth Avenue
    Pittsburgh, PA 15219
    (412) 391-7707
    (412) 391-1190 (fax)
    paulboas@choiceonemail.com