IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| vs. | : Criminal No. 00-108 |
| RAPHAEL YWAIN CAUTHEN, | : |
| Defendant. | : |

### ORDER OF COURT

AND NOW, this _____ day of _____, 2007, upon due consideration of the Motion to Terminate Supervised Release, it is hereby ORDERED and DECREED that defendant's supervised release in the above matter be terminated.

_____
United States District Judge