IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

vs.

RAPHAEL YWAIN CAUTHEN,

Defendant.

: Criminal No. 00-108

## ORDER OF COURT

AND NOW, this _13th_ day of _February_, 2007, upon due consideration of the Motion to Terminate Supervised Release, it is hereby ORDERED and DECREED that defendant's supervised release in the above matter be terminated.

_Maurice B. Cohill, Jr._
United States District Judge
for Judge Alan N. Bloch

cc/ecf:  Counsel of Record
         Raphael Ywain Cauthen c/o Paul D. Boas, Esquire
         U.S. Marshal
         Probation Office
         Bureau of Prisons
         U.S. Sentencing Commission